UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA R. SEALS,

                Plaintiff,

-against-

CAMIA HOARD STEVENSON; MARLEY HOARD STEVENSON,

                Defendants.

21-CV-8058 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On October 1, 2014, Judge Loretta A. Preska barred Plaintiff from filing any new civil action in this Court *in forma pauperis* ("IFP") without first obtaining from the Court leave to file. *See Seals v. McClurkin*, ECF 1:14-CV-6080, 7 (S.D.N.Y. Oct. 1, 2014). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the October 1, 2014 order. Plaintiff's request for permission to participate in electronic case filing (ECF No. 3) is denied as moot.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    September 29, 2021
            New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                Chief United States District Judge