UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA R. SEALS,

                Plaintiff,

    -against-

CAMIA HOARD STEVENSON; MARLEY HOARD STEVENSON,

                Defendants.

21-CV-8058 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued September 29, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the October 1, 2014 order in *Seals v. McClurkin*, ECF 1:14-CV-6080, 7 (S.D.N.Y. Oct. 1, 2014), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  September 29, 2021
         New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge